MICHAEL T. LUCEY (SBN: 99927)
MARCIE ISOM (SBN: 226906)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys For: Defendants
STANFORD HOSPITAL AND CLINICS
LUCILE SALTER PACKARD CHILDREN'S HOSPITAL

MATTHEW RAFAT (SBN 221577)
28 N. First Street
San Jose, CA 95113
Telephone: (408) 295-3367
willworkforjustice@yahoo.com

Attorneys For: Plaintiff
JAMILAH ABDUL HAQQ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

| | |
|---|---|
| JAMILAH ABDUL HAQQ,<br><br>    Plaintiff<br><br>vs.<br><br>STANFORD HOSPITAL AND CLINICS,<br>LUCILE PACKARD CHILDREN'S<br>HOSPITAL AT STANFORD,<br><br>    Defendant. | CASE NO. C06-05444 JW [RS]<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER SELECTING ADR PROCESS** |

Counsel report that as ordered in the Court's Scheduling Order of December 13, 2006, the parties contacted the Alternative Dispute Resolution ("ADR") Program office and held a phone conference with that office on January 8, 2007.

During that call, the parties agreed to a hybrid ADR, beginning with Early Neutral Evaluation ("ENE") and moving to mediation upon the consent of both parties.

The parties agree to hold the ENE session 90 days from the date of the order referring the case to ENE.

Date: January 8, 2007

/s/
Matthew Rafat
Attorney for Plaintiff
JAMILAH ABDUL-HAQQ

Date: January 8, 2007

GORDON & REES, LLP

/s/
Marcie S. Isom
Attorneys for Defendants
STANFORD HOSPITAL AND CLINICS
LUCILE SALTER PACKARD CHILDREN'S HOSPITAL

Pursuant to the stipulation above, the captioned matter is hereby referred to the Court's ADR Program to conduct a hybrid ADR process beginning with Early Neutral Evaluation and moving to mediation upon the consent of both parties. The ADR process shall be completed within 90 days of this order.

IT IS SO ORDERED.

Dated: _____January 09___, 2007

_____
Hon. James Ware
Judge of the United States District Court

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111