MATTHEW RAFAT (Bar No. 221577)
Attorney at Law
28 North First Street, Suite 305
San Jose, CA 95113
408-871-2899

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| JAMILAH ABDUL HAQQ, an individual,<br><br>                Plaintiff,<br><br>    vs.<br><br>STANFORD HOSPITAL AND CLINICS, LUCILE SALTER PACKARD CHILDREN'S HOSPITAL,<br><br>                Defendants. | CASE No.: C06-05444 JW [RS]<br><br>STIPULATION FOR ORDER SHORTENING TIME AND [PROPOSED] ORDER |

Pursuant to Local Rules 6.1 and 6.2, we, the undersigned, on behalf of Defendant and Plaintiff, respectively, hereby stipulate to shorten time to hear the motion filed by Plaintiff Abdul-Haqq on February 21, 2007.  Whereas,

(1) The Early Neutral Evaluation in this case is March 26; and

(2) Defendants contend they need the documents at issue in plaintiff's motion before the Early Neutral Evaluation in order to properly assess and evaluate the case; and

(3)  Plaintiff contends that the subpoenas are overbroad, request consumer records, and invade her privacy; and

(4) Defendants contend that the documents at issue are critical to their discovery plans and critical to several depositions Defendants intend to take in the next few weeks; and

(5) Plaintiff has already stipulated to an extension of two deposition dates, which Defendants re-scheduled; and

(6)  The subpoenas request records by March 14, 2007;

(7) The requested time modification would have no effect on the schedule for the case,

It is hereby stipulated that the hearing on the motion should be at the court's convenience, but before March 9, 2007, with opposing papers to be filed by March 2, 2007, and a reply brief by March 5, 2007.  Plaintiff is available at any time <u>except for</u> March 5, 8, 13-15, 20, and 26, 2007.  Defendant is available anytime in March <u>except for</u> the following dates: March 5, 8, 9, 12-14, 16, 21, 23, 26, and 27, 2007.  If a hearing is to be held after March 9, 2007, plaintiff requests that all subpoenas be stayed until the Court renders a decision.

| Dated: 2/26/2007 | Dated: 2/26/2007 |
|---|---|
| <u>/sd/ Marcie Isom (see chambers copy)</u> | <u>/sd/ Matthew Rafat (see chambers copy)</u> |
| Marcie Isom, Defendants' Counsel | Matthew Rafat, Plaintiff's Counsel |

_____2
**Stipulation and Order**

SFUH/1041644/1158338v.1

1  IT IS ORDERED THAT the hearing on PLAINTIFF's Motion for a Qualified Protective

2  Order will be heard at TIME _____9:30 AM_____ on DATE _____March 19_____ in

3  Courtroom ~~8~~ #4, with an opposition to be filed by March 2 , 2007 and a reply brief by March  5 ,

4  2007.  All subpoenas in Case C06-05444 are stayed pending order of the Court.  Magistrate Judge

5  Seeborg will be presiding over the Motion Hearing for a Qualified Protective Order.

6  
7  Dated: _____2/27/2007_____

8  _____

9  HONORABLE JUDGE JAMES WARE

_____3
**Stipulation and Order**

SFUH/1041644/1158338v.1