MICHAEL T. LUCEY (SBN: 99927)
MARCIE ISOM (SBN: 226906)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys For: DEFENDANTS
STANFORD HOSPITAL AND CLINICS
LUCILE SALTER PACKARD CHILDREN'S HOSPITAL

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

| | |
|---|---|
| JAMILAH ABDUL HAQQ,<br><br>Plaintiff<br><br>vs.<br><br>STANFORD HOSPITAL AND CLINICS,<br>LUCILE PACKARD CHILDREN'S<br>HOSPITAL AT STANFORD,<br><br>Defendant. | CASE NO. C06-05444 JW [RS]<br><br>**ORDER DENYING STIPULATION;<br>CONTINUING HEARING ON<br>DEFENDANTS' MOTION FOR<br>SUMMARY JUDGMENT TO<br>SEPTEMBER 10, 2007** |

The parties hereby stipulate as follows:

1. On December 13, 2006, the Court issued a Scheduling Order setting August 6, 2007 as the last date for hearing dispositive motions. According to the order, the last date that Defendants could file a motion for summary judgment was July 2, 2007.

2. On May 30, 2007, after conferring with plaintiff's counsel, defendants reserved July 23, 2007 as a hearing date for their Motion for Summary Judgment.

3. Defendants filed their Motion for Summary Judgment on June 14, 2007.

4. On July 3, 2007, the Court changed the hearing date of the motion to August 6, 2007.

5. Shortly after the Court provided the parties notice of the new hearing date, plaintiff's counsel filed a notice of unavailability from July 31 to August 17 because he is undergoing surgery during that time.

-1-

6. Defendants called the Court on July 5, 2007 to obtain a hearing date that accommodated plaintiff's counsel's schedule. The Court indicated that the earliest hearing date available was September 24 – over two months after the original hearing date was reserved.

7. Both parties would like to avoid the potentially unnecessary time and expense involved in delaying the Motion for Summary Judgment by two months. For example, there is a preliminary pretrial conference scheduled for October 15, 2007 that the parties will have to spend time and money preparing for if Defendants' motion is not heard until late September. Moreover, the parties have been working on scheduling a psychiatric independent medical examination in mid-August, which has already been delayed several months for various reasons. Defendants would like to have their motion heard before the examination in order to potentially avoid incurring the unnecessary, substantial expense of the examination. Plaintiff would also like to avoid being examined if it is ultimately not necessary.

8. The parties request and stipulate that Defendants' Motion for Summary Judgment be heard on the original July 23, 2007 hearing date or in the alternative anytime before July 30, 2007.

Dated: July 5, 2007

LAW OFFICE OF MATTHEW RAFAT

By: _____
Matthew Rafat
Attorney for Plaintiff

Dated: July 5, 2007

GORDON & REES, LLP

By: _____
Marcie S. Isom
Attorneys For Defendants

Due to the Court's unavailability, this Stipulation is DENIED. The hearing on Defendants' Motion for Summary Judgment presently sheduled for August 6, 2007 is continued to **September 10, 2007 at 9 a.m**. To the extent the parties are concern about the October Preliminary Pretrial Conference date, the Court will continue this conference, if and when it becomes necessary.

Dated: July 6, 2007

_____
JAMES WARE
United States District Judge