**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMILAH ABDUL HAQQ, | NO. C 06-05444 |
| Plaintiff(s), | ORDER STAYING INDEPENDENT MEDICAL EXAMINATION |
| v. | |
| STANFORD HOSPITAL AND CLINICS, ET AL, | |
| Defendant(s). | |

Pursuant to the parties' Stipulation and a letter to the Court by counsel for Plaintiff, the Court finds good cause to stay the independent medical examination of the Plaintiff until after the hearing and the Court's ruling on Defendants' motion for summary judgment or unless otherwise ordered by the Court.

IT IS SO ORDERED.

Dated: July 11, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Marcie Isom misom@gordonrees.com

Matthew Rafat willworkforjustice@yahoo.com

**Dated:  July 11, 2007**                                              **Richard W. Wieking, Clerk**

                                                                                    **By:    /s/**
                                                                                    **Elizabeth Garcia**
                                                                                    **Courtroom Deputy**